UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES NGUYEN,<br><br>　　　　　　　　Defendant. | Case No. MJ13-564<br><br>**DETENTION ORDER** |

Offenses charged:

　　Felon in Possession of a Firearm,
　　Possession with Intent to Deliver Heroin,
　　Possession with Intent to Deliver Methamphetamine, and
　　Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Date of Detention Hearing:  December 13, 2013.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　Defendant has a serious substance abuse problem that requires in-patient treatment, and

DETENTION ORDER - 1

criminal history that includes drug and weapons offenses. Without successful treatment and a track record in the community following treatment in structured environment that shows he can maintain stability and sobriety, he is not a viable candidate for release and poses a danger to the community. The defense may move to reopen this determination.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of December, 2013.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge